UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMY VOLPE,

      Plaintiff,                        Case No. 18-cv-12517
                                           Hon. Matthew F. Leitman

v.

MARYSVILLE PUBLIC SCHOOLS, *et al.*,

      Defendants.

_____/

## ORDER DENYING WITHOUT PREJUDICE
## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF No. 17)

On April 21, 2020, the Court held a hearing on Defendants' pending motion for summary judgment. (*See* Mot., ECF No. 17.) For the reasons explained on the record during the hearing, the motion is **DENIED WITHOUT PREJUDICE**. As further explained on the record, **IT IS HEREBY ORDERED** that:

- Plaintiff shall inform the Court and Defendants by the close of business on **April 27, 2020**, if Plaintiff intends to file a motion for leave to amend her Complaint. If Plaintiff chooses to file such a motion, she shall file it by no later than **May 11, 2020**. Defendants shall then have the time provided by the Court's local rules to file a response to the motion, and Plaintiff shall have the time provided by the Court's local rules to file a reply.

- If Plaintiff informs the Court that she does not intend to file a motion for leave to amend her Complaint, Defendants may renew their summary judgment motion, in the manner and form explained by the Court during the motion hearing, by no later than **May 18, 2020**. Plaintiff shall then have the time provided by the Court's local rules to file a response to the motion, and Defendants shall have the time provided by the Court's local rules to file a reply.

**IT IS SO ORDERED**.

Dated: April 21, 2020

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 21, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764