UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMY VOLPE,

        Plaintiff,                        Case No. 18-cv-12517
                                            Hon. Matthew F. Leitman

v.

MARYSVILLE PUBLIC SCHOOLS, *et al.*,

        Defendants.

_____/

### ORDER GRANTING PLAINTIFF'S
### MOTION TO FILE AN AMENDED COMPLAINT (ECF No. 24.)

On July 17, 2020, the Court held a hearing on Plaintiff Amy Volpe's pending motion to file an amended Complaint. (*See* Mot., ECF No. 24.)  For the reasons explained on the record during the hearing, the motion is **GRANTED** as follows. Volpe shall file her Amended Complaint by no later than **July 24, 2020**.  Volpe shall also appear, by video, for a continued deposition by no later than **August 14, 2020**. The deposition shall last no more than **90 minutes** and shall be strictly limited to questions that relate to Volpe's newly pleaded retaliation claim.  Volpe's counsel shall pay Defendants' counsel for one hour of Defendants' counsel's time to prepare for and conduct the continued deposition.  Finally, Defendants shall file an answer to the Amended Complaint sufficiently in advance of Volpe's continued deposition so that Volpe has an opportunity to review that pleading prior to her deposition.

1

The parties may file renewed motions for summary judgment by no later than

**September 28, 2020**.

**IT IS SO ORDERED**.

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
Dated:  July 17, 2020                   UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the
parties and/or counsel of record on July 17, 2020, by electronic means and/or
ordinary mail.

                                        s/Holly A. Monda
                                        Case Manager
                                        (810) 341-9764